■ In the Matter of FRANKIE L. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TALIA G., Appellant. DOLORES G., Nonparty Appellant. (Proceeding No. 1.) In the Matter of FRANKIE L. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DUSTIN L., Appellant. DOLORES G., Nonparty Appellant. (Proceeding No. 2.) In the Matter of GAVIN G. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TALIA G., Appellant. DOLORES G., Nonparty Appellant. (Proceeding No. 3.) In the Matter of GAVIN G. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DUSTIN L., Appellant. DOLORES G., Nonparty Appellant. (Proceeding No. 4.) In the Matter of KIRA G. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TALIA G., Appellant. DOLORES G., Nonparty Appellant. (Proceeding No. 5.) In the Matter of KIRA G. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DUSTIN L., Appellant. DOLORES G., Nonparty Appellant. (Proceeding No. 6.) [8 NYS3d 579]—Appeal from an order of the Family Court, Suffolk County (David Freundlich, J.), dated April 8, 2014. The order, upon an order of fact-finding and disposition of that court dated December 23, 2013, finding that the mother and father severely abused the subject children and placing the children in the custody of the Commissioner of Social Services of Suffolk County, after a hearing, directed that the children remain in the custody of the Commissioner of Social Services of Suffolk County until the next permanency hearing.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The appeal from the order dated April 8, 2014, which continued the placement of the subject children in the custody of the Commissioner of Social Services of Suffolk County until the next permanency hearing, must be dismissed as academic, as the period of placement has expired (*see Matter of Eleazar F. [Adriana H.]*, 115 AD3d 857 [2014]; *Matter of Alexandria M. [Mattie M.]*, 108 AD3d 548 [2013]). Eng, P.J., Hall, Cohen and Barros, JJ., concur.